UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CASE NO: DKC 19-cv-2298

**CHRISTI BURCHETT,**
individually and on behalf of all
others similarly situated,                                **CLASS ACTION**

    Plaintiff,                                                    **JURY TRIAL DEMANDED**

v.

**BOB BELL HYUNDAI,**

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff Christi Burchett and Defendant Bob Bell Hyundai, by and through their undersigned counsel, hereby give notice that the parties have reached a settlement with respect to Plaintiff's claim.

Plaintiff and Defendant anticipate filing a Stipulation of Dismissal within thirty (30) days.

Dated: February 22, 2020

| | |
|---|---|
| */s/ Ignacio J Hiraldo*<br>Ignacio J. Hiraldo, Esq.<br>IJH Law<br>1200 Brickell Ave. Ste. 1950<br>Miami, FL 33131<br>7864964469<br>Email: ijhiraldo@ijhlaw.com<br>PRO HAC VICE<br><br>*Counsel for Plaintiff and the Class* | /s/ Robert B. Scarlett<br>Robert B. Scarlett<br>Federal Bar No. 01424<br>SCARLETT, CROLL & MYERS, P.A.<br>201 N. Charles St., Ste. 600<br>Baltimore, MD 21201<br>rscarlett@scarlettcroll.com<br>(410) 468-3100<br>(410) 332-4026 (fax)<br><br>*Attorneys for Defendant* |